GERARD BELLAFIORE
39673-053
P.O. Box 3511
New York, New York 10008

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JAN 11 2011 ★

BROOKLYN OFFICE

January 10, 2011

Judge Edward R. Korman
United States Courthouse, Room 918
225 Cadman Plaza
Brooklyn, New York 11201

                      Case:   United States v. Bellafiore
                               00 CR 0824 (ERK)

Dear Judge Korman,

      As you know, my sentencing hearing has been rescheduled for January 28, 2011. I feel compelled to write to you about certain issues which I believe need your personal attention:

      1. My last sentencing hearing was scheduled for December 17, 2010. I later learned that the hearing was adjourned from that date without prior consultation with me. I am asking that I be brought to Court on January 28, 2011 and that I be allowed to be present for whatever happens that day.

      2. At my last appearance before you, the Court directed the government to prepare cooperation letters detailing my substantial assistance. It was my understanding that, in accord with my plea agreement, such letter would be submitted as to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e). I have not received any such letter from the government to date and I want to have time to review it so as to avoid another adjournment.

      3. In the same way, I have been asking to receive copies of my 302s and the superceding information in my case. Again, I hope to receive same so as to have a productive hearing.

      4. I wanted the Court to be aware that I intend to submit objections to my PSI. Rulings on these objections are vital, not only for the Court to receive a true image of me, but my sentencing in my Florida case was based on errors in the New York PSI. I hope to return to Florida on a §2255 motion to have the errors corrected and reconsidered.

Judge Edward R. Korman
January 10, 2011
Page 2


     I hope you will accept this letter in the spirit it has been sent.  I have been housed in New York awaiting for sentenving more than a year.  My §2255 time limit in Florida is running.  I fear that unless you intervene, there will be more and more delays.

     Thank you for considering these matters.

                                  Respectfully yours,

                                  Gerard Bellafiore



AB 396730053
P.O. Box 3511
NY NY 10008

Legal Mail →

Judge Edward R. Korman
United States Courthouse
225 Cadman Plaza
Brooklyn NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 11 2011 ★
BROOKLYN OFFICE