

**UNITED STATES PROBATION DEPARTMENT**
Eastern District of New York

Eileen Kelly
Chief U.S. Probation Officer

Michael J. Glatthaar
Sr. Deputy Chief U.S. Probation Officer

Guillermo G. Figueroa
George H. Gonzalez
Helen Georgopoulos
Deputy Chief U.S. Probation Officers

Reply to:

147 Pierrepont Street
Brooklyn, NY 11201-2712
Tel. No. (347) 534-3400
Fax No. (347) 534-3509

Branch Office:

202 Federal Plaza
P.O. Box 9012
Central Islip, NY 11722-9012
Tel. No. (631) 712-6300
Fax No. (631) 712-6395

August 12, 2011   00cr 824

Mr. Gerard Bellafiore
Reg. # 39673-053
320 First Street N.W. - Room 528
Washington, D.C. 20534

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 1 8 2011 ★

BROOKLYN OFFICE

Dear Mr. Bellafiore,

I am in receipt of your letter dated June 12, 2011, in which you were questioning how the Bureau of Prisons has calculated your time. I researched this and have the following answer for you.

Your incarceration from June 27, 2000 through October 23, 2000, was credited toward your Eastern District of New York case. On Count One of the underlying indictment you were sentenced to 1 month custody **consecutive** to the Florida case due to a judicial order, and on Count One of the superseding indictment, you were sentenced to 5 years custody **consecutive** to the Florida case. You mistakenly thought that your sentence on the Eastern District of New York case was 1 month custody followed by 5 years supervised release. A review of your Judgement and Commitment Order reveals that you were sentenced to a term of custody of "one month on Ct. 1; 5 years consecutive on Ct. SS1., followed by a period of supervised release of 5 years" As of July 14, 2011, your scheduled release date is April 6, 2016.

I hope this answers your questions. If you have any further questions regarding this, your case manager at the Bureau of Prisons can obtain the answers for you.

Very truly yours,

Sindee J. Haasnoot
Senior U.S. Probation Officer